**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT, LLC  *Plaintiff*,  v.  ZTE CORPORATION AND ZTE (TX), INC.,  *Defendants*. | § § § § § § § § § § § § § | C.A. No. 2:17-cv-00517-JRG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Lionel M. Lavenue, enters his appearance as counsel of record on behalf of Defendant ZTE (TX), INC.

Dated: August 23, 2017

Respectfully submitted,

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

**ATTORNEY FOR DEFENDANT ZTE (TX), INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-(5)(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 23rd day of August, 2017.

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue