# EXHIBIT 1













12/12/2017                              "As The Crow Flies" Distance Calculator



12/12/2017                                              "As The Crow Flies" Distance Calculator



"As The Crow Flies" Distance Calculator



12/12/2017                                "As The Crow Flies" Distance Calculator







12/12/2017                                                    "As The Crow Flies" Distance Calculator



