# EXHIBIT 2

 

# Google opens new downtown Austin office

 **By Kate Weidaw (http://kxan.com/author/kate-weidaw/)**
Published: September 19, 2017, 5:19 am  |  Updated: September 19, 2017, 7:42 pm



Google sign at its Austin location. (KXAN Photo/Frank Martinez)

AUSTIN (KXAN) — Google is expanding its offices in Austin. The company will now occupy five floors in a highrise at 200 West Second St. The move comes on the company's 10th year in Austin.

After starting with fewer than 100 employees, today Google has more than 450 Austin workers and with the new location hope to expand. Right now the company is finishing out two additional floors that are expected to be complete by early next year.

The new space has an outdoor space where employees' pets can go outside and play. Inside, the library space is designed to be a comfy lounge area. And of course, there is a cafeteria where Google provides breakfast and lunch for its employees.

During a ceremony Tuesday, Mayor Steve Adler presented a grant to Workforce Solutions from Google. The organization helps train and connect workers with jobs. The grant will help fund Central Texas' first regional workforce development plan.

- **Google Fiber opens up registration in south Austin (http://kxan.com/2017/09/18/google-fiber-expands-into-south-austin/)**

"We create a lot of jobs here in Austin but what we don't do well is train the people who live here to take those jobs," says Austin Mayor Steve Adler. "We are going to have 65,000 middle-skilled jobs in our city over the next several years and we have 40,000 people who are looking for work and we have to train the people who live here to take that work so we aren't importing people to take those jobs."

Austin Community College says 2,200 new IT jobs are expected within the next four years (http://kxan.com/2017/07/25/austin-companies-look-to-fill-demand-for-it-workers-with-acc-grads/) and they are trying to prepare students for careers in these jobs because they often are high paying.

Adler continues to advocate for big name, high-tech companies to move to Austin and touts that having a company like Google already here helps attract other leaders in the industry to town. He also credits Google for making Austin the second city in the country to offer Google Fiber.

"They've been able to hook up a lot of our low income neighborhoods to the internet to help with the digital divide."

**Google's new downtown Austin office space**

View as list    Open Gallery



1 of 4

Google's new downtown Austin office at 500 W. Second St. has an outdoor area for pets and dogs are allowed inside by employees desk. (KXAN Photo/Frank Martinez)

More▼




Top News
Backpage ad leads to sexual assault in north Austin
When the victim insisted on the money up front, the victim said...

## Related Posts



**Austin company looks at employees' drive times to decide office location (http://kxan.com/2017/11/16/austin-company-looks-at-employees-drive-times-to-decide-office-location/)**



**Austin ISD gets green light to sell five properties, including headquarters (http://kxan.com/2017/11/27/austin-isd-sets-eyes-on-southside-building-for-new-headquarters/)**



**TAKE A TOUR: Google's new office in downtown Austin (http://kxan.com/2017/09/19/take-a-tour-googles-new-office-in-downtown-austin/)**

**Show Comments**

KXAN.com (http://kxan.com/)

 (http://www.nexstar.tv/)

© 2000-2017 Nexstar Broadcasting, Inc. (http://www.nexstar.tv/) All rights reserved.

Powered by WordPress.com VIP (https://vip.wordpress.com/?utm_source=vip_powered_wpcom&utm_medium=web&utm_campaign=VIP%20Footer%20Credit&utm_term=kxan.com)