IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **AGIS SOFTWARE DEVELOPMENT, LLC,** § § § | | |
| **Plaintiff,** § § | Case No. 2:17-cv-00517-JRG | |
| v. § § | **JURY TRIAL DEMANDED** | |
| **ZTE CORPORATION, ET AL.,** § § | | |
| **Defendants.** § | | |

**ORDER GRANTING PLAINTIFF AGIS SOFTWARE DEVELOPMENT, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER**

The Court, having considered Plaintiff AGIS Software Development, LLC's Motion for Leave to File a Supplemental Brief in Support of Its Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Improper Venue or, in the Alternative, to Transfer (Dkt. 38), hereby **GRANTS** the aforementioned Motion.  It is hereby **ORDERED** that:

(1) Plaintiff AGIS Software Development, LLC is permitted to submit a supplemental brief, not to exceed five (5) pages, to address the effect the Federal Circuit's decision in *In re Bigcommerce, Inc*., Nos. 2018-120, 2018-122, 2018 WL 2207265 (Fed. Cir. May 15, 2018) has on venue as to Defendant ZTE (TX), Inc.; and (2) Defendants ZTE (TX), Inc. and ZTE (USA), Inc. are permitted to submit a response to Plaintiff AGIS Software Development, LLC's supplemental brief, not to exceed five (5) pages.

**So ORDERED and SIGNED this 4th day of June, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE